**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**December 1, 2003**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 03-10431
Summary Calendar

———————————————

WYNN A. COX,

Plaintiff-Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,
Commissioner of the Social Security Administration of
the United States of America,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:99-CV-352
--------------------

Before SMITH, DUHÉ, and WIENER, Circuit Judges.

PER CURIAM:[1]

Wynn A. Cox appeals the district court's judgment affirming the denial by the Commissioner of Social Security ("Commissioner") of Cox's applications for disability insurance benefits and supplemental security income. Specifically, Cox challenges the determination of the Administrative Law Judge ("ALJ") that his impairments did not meet or equal the criteria set forth in 20 C.F.R. pt. 404, subpt. P, app. 1, 1.03A (1996).

---

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Based on our review of the record, the ALJ's determination challenged by Cox was supported by substantial evidence. <u>See</u> <u>Leggett v. Chater</u>, 67 F.3d 558, 564 (5th Cir. 1995). The decision of the district court affirming the Commissioner's decision is AFFIRMED.